AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern             DISTRICT OF             New York

**APPEARANCE**

Balestriere Lanza PLLC
v.
Silver Point Capital LP

Case Number: 08-cv-4731 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Balestriere Lanza PLLC

I certify that I am admitted to practice in this court.

_6/19/08_
Date

Signature

Craig Stuart Lanza -clanza@balestriere.net      CL-2452
Print Name                                       Bar Number

225 Broadway, Suite 2900
Address

New York, NY 10007
City              State              Zip Code

(212) 374-5400         (212) 208-2613
Phone Number            Fax Number