UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALESTRIERE LANZA, PLLC,<br><br>      Plaintiff,<br><br>vs.<br><br>SILVER POINT CAPITAL, LP,<br><br>      Defendant. | Case No. 08-cv-4731 (GEL)<br><br>JUDGE GERARD E. LYNCH |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Silver Point Capital, LP.

Dated: June 20, 2008
      New York, New York

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

By: /s/ Gerard E. Harper
    Gerard E. Harper (gharper@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax. (212) 757-3900

*Attorneys for Defendant Silver Point Capital, L.P.*